NO. 12-09-00182-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JIMMY BROWN HUMPHRIES,

INDIVIDUALLY AND AS EXECUTOR

OF THE ESTATE OF MAMIE RUTH
§
 APPEAL FROM THE 294TH

HUMPHRIES HENDERSON, DECEASED

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


MARVIN WAYNE HUMPHRIES 

AND
§
 VAN ZANDT COUNTY, TEXAS

TOMMY M. HUMPHRIES,

APPELLEES





MEMORANDUM OPINION


PER CURIAM


 Jimmy Brown Humphries, individually and as executor of the estate of Mamie Ruth
Humphries Henderson, deceased, has filed a motion to dismiss this appeal. In his motion,
Humphries states that he does not wish to continue this appeal because the judgment he purports to
appeal is not a final appealable judgment. Because Humphries has met the requirements of Texas
Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. 

Opinion delivered July 15, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.







(PUBLISH)